# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**SAM EDWARD THURMOND, SR.**                                        **PLAINTIFF**

**V.**                          **4:08CV01792 WRW-BD**

**KARL BYRD,** *et al.*                                              **DEFENDANTS**

## ORDER

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the Partial Recommended Disposition, the timely objections received, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, the Court hereby DENIES Plaintiff's Motion for Temporary Restraining Order (Doc. No. 21).

IT IS SO ORDERED this 20th day of October, 2008.


                    /s/Wm. R. Wilson, Jr.
            UNITED STATES DISTRICT JUDGE