# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**SAM EDWARD THURMOND, SR.**                                                      **PLAINTIFF**

V.                                    **4:08CV01792-BD**

**KARL BYRD, et al.**                                                             **DEFENDANTS**

## ORDER OF DISMISSAL

A bench trial was held in this matter on April 27, 2009. Following the presentation of evidence, the Court advised the parties that judgment would be issued by written opinion. However, prior to the Court's ruling, Defendants moved for mediation by a Magistrate Judge, which was granted. A settlement conference was conducted by Magistrate Judge Jerry W. Cavaneau on June 16, 2009. The Court has been notified that a settlement agreement was reached between the parties disposing of all claims in this case.

Accordingly, the Complaint and all amendments thereto are hereby dismissed with prejudice. The Court retains jurisdiction for thirty (30) days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 23rd day of June, 2009.

_____
UNITED STATES MAGISTRATE JUDGE